UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re Willbros Group, Inc. Securities Litigation | §   CIVIL ACTION NO. H-05-1778 § |

### MEMORANDUM AND ORDER

In this action in which multiple plaintiffs have sought consolidation, appointment of a lead plaintiff, and approval of lead counsel, Plaintiff ADAR Capital Management, LLC ("ADAR") has filed a letter-brief providing information requested by the Court. Plaintiff Larry West has filed a response to the letter-brief on behalf of the Pension Fund Group. ADAR has filed a reply to West's response. West now moves (1) to strike ADAR's reply as filed without leave of the Court and (2) for leave to object to ADAR's reply. After considering West's motion and the applicable law, the Court finds that West's motion, Docket No. 48, should be and hereby is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 17th day of October, 2005.

                                    _Keith P. Ellison_
                                    KEITH P. ELLISON
                                    UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.